[No. 65644-9-I.   Division One.   June 6, 2011.]

JAVIER RODRIGUEZ, *Appellant*, v. NORTHGATE AUTOMOTIVE, INC., ET AL., *Defendants*, FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-25916-1, Richard D. Eadie, J., entered May 27, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Spearman, JJ.

[No. 39369-7-II.   Division Two.   June 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LAMONT WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01848-6, Brian M. Tollefson, J., entered May 18, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[Nos. 27596-5-III; 28112-4-III.   Division Three.   June 7, 2011.]

JEFF ZINK ET AL., *Appellants*, v. THE CITY OF MESA, *Respondent*.

Appeals from a judgment of the Superior Court for Franklin County, No. 03-2-50329-3, William D. Acey, J. Pro Tem., entered November 21, 2008. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ. Now published at 162 Wn. App. 688.

[No. 27742-9-III.   Division Three.   June 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN D. LYTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00947-8, Michael P. Price, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.